UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON RAPPAPORT,<br><br>                              Plaintiff,<br><br>              -against-<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>                              Defendant. | Case No. 1:22-cv-08100 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As stated on the record at the January 19, 2023 conference, Defendant's motion to remand is granted.  IT IS HEREBY ORDERED that the case is remanded to permit Defendant to undertake a full and fair review of Plaintiff's claim on administrative appeal within 45 days. Within 30 days from Defendant's administrative determination, Plaintiff may, if necessary, file a motion for leave to re-open this case.  IT IS FURTHER ORDERED, as stated on the record, that Defendant shall pay Plaintiff's counsel's reasonable attorneys' fees for the time spent drafting and filing the present Complaint.

      The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 15 and to close this case.

Dated: January 19, 2023
      New York, New York

                                                                    SO ORDERED.

                                                                  *Jennifer Rochon*
                                                                  JENNIFER L. ROCHON
                                                                  United States District Judge