UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON RAPPAPORT,

                Plaintiff,

-against-                           22 **CIVIL** 8100 (JLR)

## **JUDGMENT**

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2025, the Court found that the Plan definition of "insured earnings" includes Plaintiff's K-1 income at ICC. After a second and final bench trial, the Court additionally finds that Guardian is entitled to a set off against its obligations to pay LTD benefits to Plaintiff after January 22, 2021, in the amount of $97,297.72. Judgment is entered as follows: Rappaport is entitled to judgment on his claims in Counts I and II that "insured earnings," as used in the Plan, includes Plaintiff's K-1 earnings from ICC and/or that the Plan should be reformed to so provide. Rappaport is granted attorneys' fees and costs in the amount of $461,402.78 in fees and $402.00 in costs; and Guardian is granted judgment in its favor on its counterclaim for set off because Guardian overpaid LTD benefits to Plaintiff in the amount of $97,297.72 prior to January 22, 2021; accordingly, the case is closed.

**Dated:** New York, New York

      September 23, 2025

                                                  **TAMMI M. HELLWIG**

                                                  **Clerk of Court**
                          **BY:**   *K. Mango*

                                                  **Deputy Clerk**